IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**           **CASE NO. 15-24336-LMI**
**RICARDO LUIS**                **CHAPTER 13**

    **Debtor,**
_____/

**RESPONSE TO WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-9TT OBJECTION TO CHAPTER 13 PLAN, D.E# 20**

    Debtor, RICARDO LUIS, by and through the undersigned counsel, and files this response to WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-9TT OBJECTION TO CHAPTER 13 PLAN and states as follows:

1. Debtor's proposed adequate protection payments to creditor are calculated using 31% of the debtor's gross income minus monthly payment to second mortgage.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Response to Creditor's Objection to Chapter 13 Plan was served by U.S. first class mail upon the parties listed below and all others set forth in the NEF on this 24th day of September 2015.

    /s/ Ricardo Corona, Esq.
    RICARDO CORONA, ESQ.
    Florida Bar No.: 111333
    3899 NW 7 Street, Suite 202-B
    Miami, FL  33126
    Tel: (305) 266-1150
    Fax: (888) 554-5607
    E-mail:  Bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 15-24336-LMI**

**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Nancy Neidich, Trustee**
PO Box 279806
Miramar, FL 33027

**Ricardo M Luis**
6821 SW 1st Street
Miami, FL 33144

**Wilmington Savings Fund Society**
c/o Brad W. Hissing, Esq.
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL3360