UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
**Debtor:** Ricardo Luis

Case #15-24336-LMI
Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

A. The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 12-03-2015 and the following parties were present:

1. [ x ] The Debtor: Ricardo Luis
2. [ x ] The Debtor's Attorney: Alexis Garcia
3. [ x ] The Lender's Representative: Stevie Glowacz
4. [ x ] The Lender's Attorney: Matt Holtsinger

B. The final MMM conference was scheduled for 12-03-2015 but not conducted for the following reason:

1. [ ] The parties settled prior to attending
2. [ ] The case was dismissed
3. [ ] The debtor failed to attend
4. [ ] The debtor's attorney failed to attend
5. [ ] The lender failed to attend
6. [ ] The lender's attorney failed to attend
7. [ ] Other

C. The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [ ] The parties did not reach an agreement

Dated: 12.10.15

Copies To:
[All Parties to Mediation]

Signature of Mediator: _____ //s// Robin Weiner
Printed Name: Robin Weiner
Address: 151 North Nob Hill Road #132 Plantation, FL 33324
Phone: (754) 227-9449
Email: impartialmediator@gmail.com