UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

                                                  CASE NO. 15-24336-LMI

RICARDO M. LUIS                     CHAPTER 13
aka RICARDO M. LUIS HIDALGO
aka RICARDO M. LUIS, JR.

      Debtor
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

     PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel for, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT, a Secured Creditor of the above styled Debtor, in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and hereby requests that she be served with all pleadings, court notices, motions and other documents and papers pertaining to the above captioned matter, including all notices required by Rule 2002 of the Federal Rules of Bankruptcy Procedure to the following address:

                      Fran E. Zion, Esquire
                      Heller & Zion, LLP
                      1428 Brickell Avenue, Suite 700
                      Miami, FL 33131
                      mail@hellerzion.com

Dated: September 16, 2016

                      **Heller & Zion, L.L.P.**
                      Attorneys for Secured Creditor
                      1428 Brickell Avenue, Suite 700
                      Miami, FL 33131
                      Telephone: (305) 373-8001
                      Facsimile: (305) 373-8030

                      By:    /s/ Fran E. Zion, Esquire
                             Fran E. Zion, Esquire
                             Florida Bar No. 749273

16003.114

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notice was served by CM/ECF system for all CM/ECF participants or first class U.S. Mail on the following persons or entities at the addresses listed:

Ricardo M Luis
6821 SW 1st Street
Miami, FL 33144

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Nancy K. Neidich, Trustee
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dated: September 16, 2016

                                          **Heller & Zion, L.L.P.**
                                          Attorneys for Secured Creditor
                                          1428 Brickell Avenue, Suite 700
                                          Miami, FL 33131
                                          Telephone: (305) 373-8001
                                          Facsimile: (305) 373-8030


                                      By:     /s/ Fran E. Zion, Esquire
                                            Fran E. Zion, Esquire
                                            Florida Bar No. 749273

16003.114