**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re

Ricardo M Luis
aka Ricardo M Luis Hidalgo
aka Ricardo M Luis, Jr.

                                            CHAPTER    13
                                            CASE NO.    15-24336-LMI

        Debtor(s)
_____/

**JOINT STIPULATED NOTICE FOR CHANGE OF LEAD ATTORNEY**

PLEASE TAKE NOTICE of the substitution of Nicole Mariani Noel, Esq., Kass Shuler, P.A., P.O. Box 800, Tampa, FL 33601 for Matthew M. Holtsinger, Esq., Kass Shuler, P.A., P.O. Box 800, Tampa, FL 33601 as attorney for WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-9TT ("Creditor") in this case.

The Clerk is requested to remove Matthew M. Holtsinger, Esq., from the CM/ECF mailing matrix in this case based upon this substitution of counsel.

All future pleadings, notices and correspondence directed to the Creditor which are filed or served in the above-referenced case should be provided to:

    Nicole Mariani Noel, Esq.
    P.O. Box 800
    Tampa, FL 33601

Dated: February 6, 2018

| | |
|---|---|
| /s/ Matthew M. Holtsinger | /s/ Nicole Mariani Noel |
| _____ | _____ |
| Matthew M. Holtsinger, Esq. (x1465) | Nicole Mariani Noel, Esq. |
| Florida Bar No. 092774 | Florida Bar No. 69883 |
| Kass Shuler, P.A. | Kass Shuler, P.A. |
| P.O. Box 800 | P.O. Box 800 |
| Tampa, FL  33601 | Tampa, FL  33601 |
| mhotlsinger@kasslaw.com | nmnoel@kasslaw.com |
| Phone: (813) 229-0900 Ext. 1465 | Phone: (813) 229-0900 Ext. 1343 |
| Fax:    (813) 229-3323 | Fax:    (813) 229-3323 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on February 6, 2018 by U.S. Mail and/or electronic mail via CM/ECF to:  Ricardo M Luis aka Ricardo M Luis Hidalgo aka Ricardo M Luis, Jr., 6821 SW 1st Street, Miami, FL 33144; Gessner R Luis and Ricardo M Luis Sr at his/her place of abode, 6821 SW 1 St, Miami, FL 33144-0000; Ricardo Corona, Esq., 3899 NW 7 St, Second Floor, Miami, FL 33126; Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027-9806; Office of the United States Trustee , 51 Southwest First Avenue, Suite 1204, Miami, FL, 33130 .

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

1557139C/nmn