

ORDERED in the Southern District of Florida on July 5, 2019.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                     CASE NO.: 15-24336-LMI
RICARDO M. LUIS                       CHAPTER: 13

Debtors,
_____/

### ORDER GRANTING MOTION TO DEEM CURRENT THE MORTGAGE, DE 132

**THIS CAUSE** having come before the court upon the Debtor, RICARDO M. LUIS', Motion to Deem Current the Mortgage (DE #132), no opposition being heard or filed, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1.    The Debtor's Motion, D.E. # 132, is **GRANTED**.

2. On August 2018, the mortgage held by Select Portfolio Servicing, Inc., was current.

###

Submitted by:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone
(888)5454-5607 Facsimile

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).