

ORDERED in the Southern District of Florida on July 13, 2019.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
                    www.flsb.uscourts.gov

IN RE:                                    CASE NO: 15-24336-BKC-LMI
RICARDO M. LUIS,
                Debtor(s).
_____/
```

**ORDER DENYING TRUSTEE'S MOTION FOR DISGORGEMENT OF FEES (ECF #129)**

```
     THIS CASE came to be heard on July 2, 2019, for the Trustee's
Motion for Disgorgement of Fees (ECF #129) and based on the record,
it is
     ORDERED as follows:
     1.   The Trustee's Motion (ECF #129) is denied without
prejudice.


                              ###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of
this Order to all creditors and interested parties immediately upon
receipt thereof.
```